UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS C SOURAN,

        Plaintiff,

v.

        Case No. 21-cv-0411-bhl

GARDEN GROVE INC, et al.,

        Defendants.

## ORDER

On March 31, 2021, Thomas Souran filed his *pro se* complaint against one entity and two individuals who appear to be his landlords. (ECF No. 1.) Souran alleges that the defendants have "(1) violated the Wisconsin Organized Crime Control Act, Wis. Stat. § 946.83; (2) violated the Racketeer Influenced and Corrupt Organizations Act (RICO) 18 U.S.C. § 2 1961; (3) committed common law fraud; (4) engaged in a civil conspiracy to commit fraud; (5) violated plaintiff's constitutional due process and equal protection rights; and (6) breached the parties' contract." (ECF No. 1 at 2.) Along with his complaint, Souran submitted a check to pay the $402 filing fee. (ECF No. 1.) However, the check was returned due to insufficient funds. (*See* ECF No. 3.) On April 16, 2021, the Clerk's Office mailed Souran a notice, informing him that his check had been returned and thus he continued to owe the full amount of the filing fee plus a $53 returned check fee. (ECF No. 3.) The notice states that "[n]on-payment of the fee may result in the dismissal of this case." (*Id.*) On April 28, 2021, Souran paid $200, but the balance of $255 remains outstanding. Accordingly,

**IT IS HEREBY ORDERED** that Souran must pay the remainder of the filing fee and the returned check fee, totaling $255, on or before **May 14, 2021**. Should he fail to pay in full, his case will be dismissed.

Dated at Milwaukee, Wisconsin on May 6, 2021.

        s/ Brett H. Ludwig
        BRETT H. LUDWIG
        United States District Judge