UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS C SOURAN,

        Plaintiff,

                                            Case No. 21-cv-0411-bhl

v.

GARDEN GROVE INC, et al.,

        Defendants.

## ORDER

On May 13, 2021, *pro se* plaintiff Thomas Souran filed a motion to reconsider this Court's May 6, 2021 Order requiring him to pay the remainder of his filing fee and a returned check fee by May 14, 2021. (ECF Nos. 6, 7.) Souran states that he will receive funds on May 18, 2021 and will be able to pay the $255 due to the Court on that date. The Court construes Souran's motion as a request for an extension of time to pay the fee and will grant him the requested additional time. Accordingly,

**IT IS HEREBY ORDERED** that the motion, ECF No. 7, is **GRANTED**. Souran must pay the remainder of the filing fee and the returned check fee, totaling $255, on or before **May 18, 2021**. Should he fail to pay in full by the deadline, his case will be dismissed.

Dated at Milwaukee, Wisconsin on May 14, 2021.

                                                             s/ Brett H. Ludwig
                                                             BRETT H. LUDWIG
                                                             United States District Judge